IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    CASE NO. 03-50050

JEREMY THOMAS ESTES                                         DEFENDANT

O R D E R

Now on this 19th day of October 2005, there comes on for consideration defendant's **Unopposed Motion to Extend Self-Surrender Date (Doc. 44).** Upon due consideration, the motion is hereby GRANTED and defendant's report date is extended to December 1, 2005.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE